PER CURIAM.
Affirmed. Vandergriff v. Vandergriff, 456 So.2d 464 (Fla.1984); Dinkel v. Dinkel, 322 So.2d 22 (Fla.1975); Owens v. Owens, 500 So.2d 170 (Fla. 1st DCA 1986); Haass v. Haass, 468 So.2d 1053 (Fla. 4th DCA 1985); Odom v. Odom, 452 So.2d 674 (Fla. 2d DCA 1984); Hughes v. Hughes, 421 So.2d 544 (Fla. 5th DCA 1982); Williams v. Williams, 297 So.2d 330 (Fla. 4th DCA 1974).